■ Julia Block et al., Respondents, v. Richard Acerra, Appellant.— In an action to recover damages for personal injuries, alleged to have been sustained by plaintiffs by reason of the negligent operation of defendant's truck in striking the rear of the automobile in which plaintiffs were passengers when the automobile stopped at a red traffic signal, the defendant appeals from an order of the Supreme Court, Queens County, dated July 25, 1960, granting the plaintiffs' motion for summary judgment striking out the defendant's answer and directing an assessment of damages, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, the record presents triable issues of fact which may not be resolved upon a motion for summary judgment. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ Robert H. Brush et al., Appellants, v. Frank S. Kupfer, Respondent. — In an action to recover a real estate brokerage commission, plaintiffs appeal from a judgment of the Supreme Court, Queens County, entered January 9, 1959 (according to the statement under Rules Civ. Prac., rule 234, and entered December 31, 1958, according to the notice of appeal), dismissing the complaint on the merits, after a nonjury trial. The trial court found " that there was no agreement between the prospective purchasers and the defendant as to all essential terms of a contract of sale ". Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ Herman Essner, Respondent, v. Paulmoe Stationery Stores, Inc., et al., Respondents, and Stately Builders, Inc., et al., Appellants.— In an action to recover damages for alleged false representations, defendants Stately Builders, Inc., and Walowit appeal: (1) from an order of the Supreme Court, Queens County, dated May 5, 1960, granting plaintiff's motion to enforce a stipulation of settlement made during trial by defendant Walowit on behalf of both said defendants; and (2) from the judgment of said court entered May 23, 1960, upon said order. Order and judgment affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ Archibald E. Hamlett, Respondent, v. Safeway Trails, Inc., Appellant, et al., Defendant.— In an action to recover damages for personal injuries, the defendant corporation appeals from an order of the Supreme Court, Kings County, dated June 1, 1960, denying its motion to dismiss the complaint for plaintiff's unreasonable neglect to prosecute the action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.